FILED

01/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0507

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0507

_____

CURTIS B. HARRIS,

     Plaintiff and Appellant,

  v.                                            O R D E R

MIRABAI HENLEY, Individually,

     Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Mirabai Henley, to all counsel of record, and to the Honorable Matthew J. Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 26 2022